UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 13-6458 DSF (RZx) | Date | 1/9/14 |
|---|---|---|---|
| Title | Santa Barbara Channelkeeper, et al. v. Gralar, LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Answer of Gralar LLC

Local Rule 83-2.2.2 states, "Only individuals may represent themselves *pro se*. No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1."

On January 7, Defendant Larry Mosler purported to file an answer for Defendant Gralar LLC in pro per. Mosler does not identify himself as an attorney and does not appear to be admitted to practice in this Court. Gralar LLC is therefore ordered to show cause, in writing, no later than January 16, why its answer should not be stricken for failure to be represented by counsel as required by the Local Rules.

IT IS SO ORDERED.